IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MODESTINE SMITH THORPE | : | CIVIL ACTION |
| *INDIVIDUALLY AND ON BEHALF OF ALL* | : | |
| *PERSONS SIMILARLY SITUATED* | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GOLDEN AGE HOME CARE, INC. | : | NO. 17-1187 |
| Defendant. | : | |

AMENDED NOTICE

    The settlement conference scheduled for October 23, 2017 at 9:30 A.M. is **RESCHEDULED** to **October 30, 2017** at **1:30 P.M.**, before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. District Courthouse, 601 Market Street, Philadelphia, PA 19106.

- Please notify the Court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, defendant should arrange a telephone conference with chambers and counsel for plaintiff.

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled in-person settlement conference. Please contact chambers to arrange a pre-conference telephone call.

                                                      */s/ Chavela M. Settles*
                                                      Chavela M. Settles
                                                      Deputy Clerk to the
                                                      Honorable Timothy R. Rice
                                                      U.S. Magistrate Judge
                                                      (267) 299-7660

Date:    October 3, 2017
Cc:       Counsel of record

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.