# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **MODESTINE SMITH THORPE,** individually and on behalf of all persons similarly situated, | : : : : | **Civil Action No.:  2:17-cv-01187-TR** |
|  | : | **Class and Collective Action** |
| **Plaintiff,** | : |  |
|  | : |  |
| **v.** | : |  |
|  | : |  |
| **GOLDEN AGE HOME CARE, INC.,** | : |  |
|  | : |  |
| **Defendant.** | : |  |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

Plaintiff Modestine Smith Thorpe, through her undersigned counsel, respectfully moves this Court for an Order:

1.      Granting preliminary approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion;

2.      For settlement purposes, preliminarily certifying the state law claims as a Fed. R. Civ. P. 23 class on behalf of the Settlement Class;

3.      Preliminarily approving Plaintiff Modestine Smith Thorpe as the Representative of the Settlement Class;

4.      Preliminarily approving Berger & Montague, P.C. as Class Counsel for the Settlement Class;

5.      Preliminarily approving the Angeion Group as Settlement Administrator and preliminarily approving the costs of claims administration;

6.      Approving the Notice of Settlement, a true and correct copy in English of which is attached as Exhibit A to the Settlement Agreement, which will be distributed in English, Spanish,

Chinese and Vietnamese; and

       7.      Approving the proposed schedule and procedure for completing the final approval process as set forth in the Parties' Settlement Agreement.

       This Motion is based on the accompanying Memorandum of Law, the Declaration of Sarah Schalman-Bergen in Support of the Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement, the attached Exhibits, and all other records, pleadings and papers on file in this action.  Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

       A proposed Order is submitted for the Court's consideration.

Dated: May 29, 2018                    Respectfully submitted,

                                         BERGER & MONTAGUE, P.C.

                                         s/ Sarah R. Schalman-Bergen
                                         Shanon J. Carson
                                         Sarah R. Schalman-Bergen
                                         Camille Fundora
                                         BERGER & MONTAGUE, P.C.
                                         1622 Locust Street
                                         Philadelphia, PA 19103
                                         Telephone: (215) 875-3000
                                         Facsimile: (215) 875-4604
                                         scarson@bm.net
                                         sschalman-bergen@bm.net
                                         cfundora@bm.net

                                         *Attorneys for Plaintiff and Settlement Class Members*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served

upon all counsel of record through the Court's ECF system this 29th day of May, 2018.


s/ Sarah Schalman-Bergen
Sarah R. Schalman-Bergen