IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MODESTINE SMITH THORPE,** individually and on behalf of all persons similarly situated, | : <br> : **Civil Action No.: 2:17-cv-01187-TR** <br> : <br> : <br> : **Class and Collective Action** |
| Plaintiff, | : |
| v. | : |
| **GOLDEN AGE HOME CARE, INC.,** | : |
| Defendant. | : |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**

AND NOW, this _____ day of _____, 2018, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants Plaintiff's Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is preliminarily approved as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23(e);

2. For settlement purposes, the following Settlement Class is preliminarily certified pursuant to Fed. R. Civ. P. 23, pending final approval of the settlement:

    All persons who worked for Defendant as a Home Health Aide in Pennsylvania and where the records indicated that the employee worked more than forty hours in one or more workweeks between March 17, 2014 and April 1, 2017;

3. Plaintiff Modestine Smith Thorpe is preliminarily approved as the Representative of the Settlement Class;

4. Berger & Montague, P.C. is preliminarily approved as Class Counsel for the Settlement Class;

5. The Angeion Group is preliminarily approved as Settlement Administrator and the

costs of settlement administration are preliminarily approved;

      6.     The proposed Settlement Notice, attached to the Settlement Agreement as Exhibit A is, and shall be sent out in English, Spanish, Chinese and Vietnamese pursuant to the terms of the Settlement Agreement; and

      7.     The following schedule and procedures for completing the final approval process as set forth in the Parties' Settlement Agreement are hereby approved:

| | |
|---|---|
| Defendant to send CAFA Notice | Within ten (10) business days after submission of the Settlement Agreement to the Court |
| Defendant Provides Settlement Class Contact Information | Within ten (10) business days after the Court's Preliminary Approval Order |
| Notice Sent | Within (5) business days after Defendant provides the Settlement Class Contact Information |
| Plaintiff's Motion for Approval of Attorneys' Fees and Costs | Forty-Five (45) days after Class Counsel initially mails the Notice |
| Deadline to postmark objections or requests for exclusion ("Objection and Exclusion Deadline") | Sixty (60) days after Class Counsel initially mails the Notice |
| Plaintiff's Unopposed Motion for Final Approval | Five (5) business days prior to Final Approval Hearing |

      8.     The Final Approval Hearing is hereby set for September 28, 2018 at 9:30 a.m., in Courtroom 3-G, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                                    BY THE COURT,

                                                    _____
                                                    Honorable Timothy R. Rice
                                                    United States Magistrate Judge