IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MODESTINE SMITH THORPE,** individually and on behalf of all persons similarly situated, | Civil Action No.: 2:17-cv-01187-TR |
| Plaintiff, | **Class and Collective Action** |
| v. | |
| **GOLDEN AGE HOME CARE, INC.,** | |
| Defendant. | |

FILED
SEP 28 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

[PROPOSED] ORDER GRANTING
FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this **28** day of **Sept**, 2018, upon consideration of Plaintiff's Unopposed Motion for Final Approval of the Settlement, the Court grants the Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is finally approved as fair, reasonable and adequate, and a fair and reasonable resolution of a *bona fide* dispute;

2. Plaintiff's Pennsylvania state wage law claims are finally certified and the following Settlement Class is finally certified pursuant to Fed. R. Civ. P. 23:

   All persons who worked for Defendant as a Home Health Aide in Pennsylvania and where the records indicated that the employee worked more than forty hours in one or more workweeks between March 17, 2014 and April 1, 2017;

3. Plaintiff Modestine Smith Thorpe is finally approved as the Representative of the Settlement Class, and the proposed service award in the amount of $7,500.00 for her service to the Settlement Class and in exchange for her additional released claims in favor of Defendant is approved;

4. Berger Montague PC is approved as Class Counsel for the Settlement Class;

5. The Angeion Group is finally approved as Settlement Administrator and the costs of settlement administration are finally approved;

6. The Nationalities Service Center is finally approved as the *cy pres* recipient;

7. Class Counsel's attorneys' fees in the amount of $241,666.67 and costs in the amount of $1,706.88 are granted and finally approved;

8. The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

9. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiff, the certified class, and Defendant for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

BY THE COURT,

_____
Honorable Timothy R. Rice
United States Magistrate Judge

ENT'D SEP 28 2018